Filed by ELECTRONIC FB D.C.

May 16, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **14-20350-CR-MARTINEZ/GOODMAN**

46 U.S.C. § 70506(b)
46 U.S.C. § 70503(a)(1)
46 U.S.C. § 70507(a)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

SHANE LARTHER BROWN,
WAYNE ANTHONY MARKMAN,
ANDY WILLIAMS, and
ROMAN JONES,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 23, 2014, while on board a vessel subject to the jurisdiction of the United States, with Miami-Dade County in the Southern District of Florida being the district at which the defendants entered the United States, the defendants,

SHANE LARTHER BROWN,
WAYNE ANTHONY MARKMAN,
ANDY WILLIAMS,
and
ROMAN JONES,

did knowingly and willfully combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a)(1); all in violation of

Title 46, United States Code, Section 70506(b).

With respect to defendants SHANE LARTHER BROWN, WAYNE ANTHONY MARKMAN, ANDY WILLIAMS, and ROMAN JONES, the controlled substance involved in the conspiracy attributable to them as a result of their conduct, and the conduct of other conspirators reasonably foreseeable to them, is 100 kilograms or more of a mixture and substance containing a detectable amount of marihuana, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(2)(G).

## COUNT 2

On or about April 23, 2014, while on board a vessel subject to the jurisdiction of the United States, with Miami-Dade County in the Southern District of Florida being the district at which the defendants entered the United States, the defendants,

**SHANE LARTHER BROWN,
WAYNE ANTHONY MARKMAN,
ANDY WILLIAMS,
and
ROMAN JONES,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 46, United States Code, Section 70503(a)(1) and Title 18, United States Code, Section 2.

With respect to defendants SHANE LARTHER BROWN, WAYNE ANTHONY MARKMAN, ANDY WILLIAMS, and ROMAN JONES, the controlled substance involved in the conspiracy attributable to them as a result of their conduct, and the conduct of other conspirators reasonably foreseeable to them, is 100 kilograms or more of a mixture and substance containing a detectable amount of marihuana, in violation of Title 46, United States Code, Section 70506(a) and Title 21, United States Code, Section 960(b)(2)(G).

## FORFEITURE ALLEGATIONS

1. The allegations of Counts 1 and 2 of this Indictment are re-alleged and incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which one or more of the defendants has an interest.

2. Upon conviction of either violation of Title 46, United States Code, Section 70503, alleged in Counts 1 and 2 of this Indictment, the defendant so convicted shall forfeit to the United States, pursuant to Title 46, United States Code, Section 70507(a), as made applicable by Title 28, United States Code, Section 2461(c), any property that is used or intended for use to commit, or to facilitate the commission of such violation.

All pursuant to Title 46, United States Code, Section 70507(a), as made applicable by Title 28, United States Code, Section 2461(c), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| SHANE LARTHER BROWN, et al., | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| Defendants. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

_X_ Miami ____ Key West
____ FTL ____ WPB ____ FTP

New Defendant(s) Yes ____ No ____
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____

4. This case will take __4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | I | 0 to 5 days | _X_ |
   | II | 6 to 10 days | ____ |
   | III | 11 to 20 days | ____ |
   | IV | 21 to 60 days | ____ |
   | V | 61 days and over | ____ |

   (Check only one)

   | Petty | ____ |
   | Minor | ____ |
   | Misdem. | ____ |
   | Felony | _X_ |

6. Has this case been previously filed in this District Court? (Yes or No) Yes _____
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) Yes
   If yes:
   Magistrate Case No. _____14-02540-AMS_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _April 23, 2014_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes _X_ No

_____
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 794686

\*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** SHANE LARTHER BROWN

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Forty Years' Imprisonment

Count #: 2

Possession with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70503(a)(1)

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: WAYNE ANTHONY MARKMAN

**Case No**: _____

Count #: 1

Conspiracy to possess with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Forty Years' Imprisonment

Count #: 2

Possession with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70503(a)(1)

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  ANDY WILLIAMS

**Case No**: _____

Count #: 1

   Conspiracy to possess with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

   Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:**     Forty Years' Imprisonment

Count #: 2

   Possession with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

   Title 46, United States Code, Section 70503(a)(1)

**\*Max. Penalty:**     Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ROMAN JONES

**Case No:** _____

Count #: 1

Conspiracy to possess with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70506(b)

**\*Max. Penalty:** Forty Years' Imprisonment

Count #: 2

Possession with intent to distribute marihuana on board a vessel subject to the jurisdiction of the United States

Title 46, United States Code, Section 70503(a)(1)

**\*Max. Penalty:** Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**