UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20350-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

ROMAN JONES,

        Defendant.
_____/

## STIPULATED FACTUAL PROFFER

The United States of America and ROMAN JONES stipulated that should this case have proceeded to trial, the United States would prove the following facts beyond a reasonable doubt:

On April 23, 2014, while on routine patrol in the Caribbean Sea, the United States Coast Guard Cutter (USCGC) *DEPENDABLE* observed a 30 foot "go-fast" vessel, with four persons on board, approximately thirty-one nautical miles southwest of Cape Gravois, Haiti, in international waters and upon the high seas. The go-fast vessel was observed to be heading northbound at a high rate of speed towards Haiti. The *DEPENDABLE* launched an Over the Horizon (OTH) boat to follow and investigate. Soon after, the go-fast vessel, *JAH BLESS*, willingly stopped southwest of Cape Gravois, Haiti. On board were four male subjects identified as Shane Larther BROWN, Wayne Anthony MARKMAN, Andy WILLIAMS and Roman JONES. BROWN claimed to be the master of the vessel. BROWN further claimed Jamaican registry for the vessel. Based on the verbal claim by the master, the United States contacted Jamaican authorities and requested that they confirm or deny the vessel's registry.

Jamaican officials were not able to confirm or deny that the go-fast vessel was registered in Jamaica, thus, the vessel was ultimately assimilated to a stateless vessel. During a boarding and search of the vessel, USCG personnel located forty-eight (48) bales of marihuana weighing approximately 933 kilograms and multiple fuel barrels on board.

BROWN, MARKMAN, WILLIAMS and JONES were thereafter transferred on board the USCG *DEPENDABLE*. On May 02, 2014, BROWN, MARKMAN, WILLIAMS and JONES were brought into the United States Coast Guard Base in Miami Beach, Florida, Southern District of Florida, where they first entered the United States.

The defendants were advised of their *Miranda* rights which they waived. Each defendant admitted to being hired to transport marihuana from Jamaica to Haiti where they would then transfer possession to an unidentified individual.

A subsequent chemical analysis of the substance confirmed that the substance seized was in fact marijuana. Each defendant is responsible for at least seven-hundred (700) kilograms of marijuana.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 15 Aug 2014          By: _____
                               YVONNE RODRIGUEZ-SCHACK
                               ASSISTANT UNITED STATES ATTORNEY

Date: 8-15-14              By: _____
                               ROMAN JONES
                               DEFENDANT

Date: 8-15-14              By: _____
                               FRANK RUBIO
                               ATTORNEY FOR DEFENDANT